# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

UTIBE NOBLE ENIME

NO. 2019 KW 1569

**JAN 1 6 2020**

In Re:    Utibe Noble Enime, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-17-0447.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Clerk of Court's Office reflects that on December 19, 2019, the State dismissed the charges in this case.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT